# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER<br><br>         Plaintiff(s),<br><br>    v.<br><br>LA PICO PLAZA, LLC, et al.<br><br>         Defendant(s). | CASE NO.<br>2:20−cv−01514−DSF−MRW<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

   Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before June 22, 2020. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

   IT IS SO ORDERED.

Date: May 21, 2020        /s/ *Dale S. Fischer*
                         Dale S. Fischer
                         United States District Judge