JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>LA PICO PLAZA, LLC, et al.,<br>　　　　Defendants. | CV 20-1514 DSF (MRWx)<br><br>JUDGMENT |

　　The Court having granted Plaintiff Anthony Bouyer's Application for Default Judgment against Defendant LA Pico Plaza, LLC,

　　IT IS ORDERED AND ADJUDGED that Plaintiff is awarded $4,000 in statutory damages and $538 in costs, for a total amount of $4,538.

　　Additionally, Defendant is ordered to provide accessible paths of travel and compliant curb ramps into the Little Caesars located at 7611 White Oak Avenue, Reseda, California 91335, in compliance with the Americans with Disabilities Act Accessibility Standards.

Date: July 21, 2020

　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge